# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| Melvin Thomas Marquez | ) | Case No. 21-11458-TBM |
| SSN / ITIN: xxx-xx-1049 | ) | Chapter 11 |
| Debtor. | ) | |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: March 29, 2021

Respectfully submitted,

PATRICK S. LAYNG
United States Trustee for Region 19

/s/ Paul Moss
Paul Moss, #26903
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
(303) 312-7259 facsimile
Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: March 29, 2021

**VIA ECF**

David M. Rich at   dmrich@comcast.net

 

                                    /s/ Paul Moss
                                    Office of the United States Trustee