United States Bankruptcy Court
District of Colorado

In re:                                                                          Case No. 21-11458-TBM

Melvin Thomas Marquez                                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1            User: admin            Page 1 of 2

Date Rcvd: Jun 07, 2023            Form ID: pdf904            Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Melvin Thomas Marquez, 123 Harrison Street, DENVER, CO 80206-5538 |
| sp | + | Richard Podoll, Podoll & Podoll, P.C., 5619 DTC Parkway, Ste 1100, Greenwood Village, CO 80111-3064 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron A Garber | on behalf of Defendant Melvin Thomas Marquez agarber@wgwc-law.com ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Aaron A Garber | on behalf of Debtor Melvin Thomas Marquez agarber@wgwc-law.com ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Abbey Ulsh Dreher | on behalf of Creditor Security Service Federal Credit Union co.ecf@bdfgroup.com |
| Alison L Berry | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcyecf@janewaylaw.com |
| Benjamin Sales | on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov |

District/off: 1082-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 07, 2023 | Form ID: pdf904 | Total Noticed: 2

Brenton L. Gragg

on behalf of Plaintiff Michael Gleason bgragg@allen-vellone.com  la@allen-vellone.com,allen-vellone@myecfx.com

Brenton L. Gragg

on behalf of Plaintiff Gerald M. Gleason Trust bgragg@allen-vellone.com  la@allen-vellone.com,allen-vellone@myecfx.com

Brenton L. Gragg

on behalf of Interested Party Michael Gleason bgragg@allen-vellone.com  la@allen-vellone.com,allen-vellone@myecfx.com

David M. Rich

on behalf of Spec. Counsel Buechler Law Office  L.L.C., dmrich@comcast.net, sharon@kjblawoffice.com

Deanna L. Westfall

on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov

Eric Jonsen

on behalf of Interested Party Michael Gleason erjonsen@jonsen.net

Harvey Sender

harveysender1@sendertrustee.com  hsender@ecf.axosfs.com;Hsender@sendersmiley.com;bkadmin@axosfs.com

Harvey Sender

on behalf of Trustee Harvey Sender harveysender1@sendertrustee.com hsender@ecf.axosfs.com;Hsender@sendersmiley.com;bkadmin@axosfs.com

Lance Henry

on behalf of Plaintiff Gerald M. Gleason Trust lhenry@allen-vellone.com  la@allen-vellone.com,allen-vellone@myecfx.com

Lance Henry

on behalf of Interested Party Michael Gleason lhenry@allen-vellone.com  la@allen-vellone.com,allen-vellone@myecfx.com

Patrick D. Vellone

on behalf of Interested Party Michael Gleason pvellone@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com,testfirm1@dev.ecfxmail.com

Patrick D. Vellone

on behalf of Plaintiff Michael Gleason pvellone@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com,testfirm1@dev.ecfxmail.com

Patrick D. Vellone

on behalf of Plaintiff Gerald M. Gleason Trust pvellone@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com,testfirm1@dev.ecfxmail.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No. 21-11458 TBM |
| MELVIN THOMAS MARQUEZ, | Chapter 11 |
| | |
| Debtor. | |

---

### ORDER AND NOTICE OF NON-EVIDENTIARY HEARING

---

**IT IS HEREBY ORDERED** that the "First and Final Application for Allowance and Payment of Fees and Reimbursement of Costs for Podoll & Podoll P.C." (the "Application") filed by Melvin T. Marquez (the "Debtor") and the Limited Objection thereto filed by The Gerald M. Gleason Trust (the "Trust") (Docket Nos. 274 and 276), are set for a non-evidentiary hearing on a trailing docket before Judge Thomas B. McNamara on **Tuesday, July 11, 2023, at 10:00 a.m. in Courtroom E**, United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. _Counsel and/or parties may appear either in-person or by telephone_.

**NOTICE IS HEREBY GIVEN** that if counsel and/or parties elect to appear in person, all in-person participants shall comply with the "Administrative Order of the Chief Judge 2020-2" and the Entry and Operational Protocols set forth therein as located on the Court's website (https://www.cob.uscourts.gov/sites/default/files/general-orders/ao2020-2.pdf).

If counsel and/or parties elect to participate by telephone, all telephonic participants shall call the Court at: 1-833-568-8864 or 1-833-435-1820 _at least five (5) minutes prior_ to the time of the scheduled hearing.  Enter the Meeting ID:  160 248 1883, press # when prompted to enter participant ID.  The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing.  In the event you are otherwise unable to connect after following the instructions provided above, please call the Team of the undersigned Judge at 720-904-7463 and leave a name, case number and a telephone number where you can be reached and the Court will return the call.  It is

**FURTHER ORDERED** that counsel for the Debtor shall confer either in-person or by phone with counsel for the Trust by no later than **June 29, 2023**, to discuss the Application and the Limited Objection thereto as well as the possibility of consensual settlement or resolution of the matter.  If a settlement or resolution of the motion is achieved, the parties shall promptly advise the Court and file an appropriate motion to vacate the hearing.  If no settlement or resolution is achieved, the parties shall be prepared at the hearing to confirm that they complied with the meet and confer requirement.

**NOTICE IS FURTHER GIVEN** that at the time of the hearing, the Parties shall be prepared to discuss the status and schedule of the case, present any legal issues related to the Application and the Limited Objection thereto, and advise the Court whether any factual issues require resolution through an evidentiary hearing.   If an evidentiary hearing is required, the parties shall be prepared to advise the Court regarding the timing of such hearing, discovery needed and time required to conduct such discovery, the amount of time required for an evidentiary hearing, and the number of witnesses they anticipate they will need to call.  If it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date.  Counsel/parties *shall bring their calendars* and be prepared to schedule any further hearing as required.  It is

**FURTHER ORDERED** that on or before **July 6, 2023**, counsel for the Debtor and for the Trust shall prepare and file a Joint Status Report identifying any remaining legal and/or factual issues to be considered by the Court.  **If a party makes a good-faith effort to confer, but is unable to do so, that party should file its own report.  Failure of either party to confer and/or file a report could result in the imposition of an appropriate sanction.**

DATED this 7th day of June, 2023.

BY THE COURT:

Thomas B. McNamara,
United States Bankruptcy Judge